UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIYO CHKECHKOV individually and on
behalf of all others similarly situated,

                                              **AMENDED NOTICE OF APPEAL**

                                              Action No.:  17-CV-06195-FB-RLM

                Plaintiff-Counter-Defendant,

    -against-

FCI LENDER SERVICES, INC.

                Defendant-Counter-Claimant.
-----------------------------------------------------------X

      NOTICE is hereby given that FCI LENDER SERVICES, INC., the Defendant-Counter-Claimant in the above-entitled action, hereby appeals to the United States Court of Appeals for the Second Circuit from a judgment entered in this action on the 28th of March 2019.

                                      THE MARGOLIN & WEINREB LAW GROUP, LLP
                                      Counsel for Defendant

                                      By:  */s/ Alan Smikun, Esq.*
                                           Alan Smikun, Esq.
                                           165 Eileen Way, Suite 101
                                           Syosset, New York 11791
                                           (516) 921-3838
                                           alansm@nyfclaw.com

Dated:  April 9, 2019
          Syosset, New York