# Stim & Warmuth, P.C.
## Attorneys at Law

2 EIGHTH STREET
Farmingville, New York 11738
www.stim-warmuth.com

PAULA J WARMUTH
GLENN P WARMUTH

JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000
FAX 631-732-2662

June 18, 2019

VIA CM/ECF
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Chkechkov - FCI Lender Services, Inc.
    Docket No. 17-cv-06195-FB-RLM
    Hearing date: June 19, 2019

Dear Judge Block:

Please withdraw defendant's motion for a stay pending appeal. The parties have executed a FRAP 42(b) stipulation withdrawing the appeal which has been filed with the Second Circuit. Please cancel the hearing scheduled for tomorrow as it is now moot. The defendant's appellate attorney will be submitting to you a proposed order exonerating the appeal bond.

Very truly yours,

GLENN P. WARMUTH/swi
cc: David Palace, Esq. (via CM/ECF)
    Alan H. Weinreb, Esq. (via CM/ECF)
fcil-06