```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x   CASE NO: 17-cv-6195(FB)(RLM)
ELIYO CHKECHKOV, individually and
on behalf of all others similarly
situated,                             ORDER TO EXONERATE
                                      A BOND
            Plaintiff-Counter-Defendant,

            -against-

FCI LENDER SERVICES, INC.

            Defendant-Counter-Claimant.
----------------------------------x
```

Having considered the motion for exoneration of Bond filed by defendant, FCI Lender Services, Inc., this Court GRANTS the motion.

Accordingly, the Court orders that the surety is released from any further liability on its bond, the surety's obligation has been fulfilled, and the bond is fully exonerated by this Court as to United States Fire Insurance Company, Appeal Bond No. 615247981.

**SO ORDERED.**

/S/ Frederic Block
HON. FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
June  19  , 2019

fcil-06